UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

## UNITED STATES' MOTION
## FOR LEAVE TO FILE EXHIBITS UNDER SEAL

The United States, by undersigned counsel, moves this Court for leave to file

under seal the exhibits to the United States' Opposition to Defendant Aaron Durall's

Renewed Motion to Enforce Due Process Protection Act. The exhibits consist of

three FBI 302 reports and one grand jury transcript. Sealing of the exhibits is

requested in order to safeguard from public scrutiny certain sensitive and confidential

information contained in these documents.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Tysen Duva
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:  Tysen.Duva@usdoj.gov

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ James V. Hayes*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
      James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2022, a true and correct copy of the foregoing

was filed and served on all counsel via the CM/ECF system.


*/s/ Gary A. Winters*
GARY A. WINTERS
Trial Attorney
Criminal Division, Fraud Section