UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.               CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 44A

**Government's Witnesses:** Brenda Rhodes; Anthony Julaton; Dr. Eric Solomon; Gary Ayres

**Defendant's Exhibits:**
                Fletcher – 37, 30, 32, 31, 40, 38, 41,
                J. Perez – 3A,
                A. Durall – 41A, 41B, 50A,

Jury recessed, to report back at 8:45 a.m. on June 1, 2022.

Motion for Disclosure of Brady and Giglio Material and Renewed Motion to Enforce Due Process Protection Act (Doc 703) GRANTED to the extent that the court has started on the record, and as otherwise DENIED.

**DATE:** May 31, 2022                                           **TIME:** 8:51 a.m. – 5:17 p.m.
                                                                                  (Recess 12:39 p.m. – 1:42 p.m.)