UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
v.
JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.          CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield        Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

By agreement of the parties, Juror No. 6 is discharged.

**Government's Exhibits:** 47, 40C, 40B, 40A, 40D, 7A, 7X, 7B, 7C, 7D, 7P, 7E, 7F, 7G, 7H ,7I , 7J, 7K ,7L ,7M, 7N, 7O, 7Q, 7R, 7S, 7T, 7U, 7V, 7X, 7W

**Government's Witnesses:** Kelly Smallwood, Lisa Zini, John Polanco, John Skeffington, Kyle Marcotte

**Defendant's Exhibits:**
> Durall – 16, 70
> J. Porter, Jr. - 52

Jury recessed, to report back at 8:45 a.m. on June 7, 2022.

**DATE:** June 6, 2022                **TIME:** 8:55 a.m. –5:11 p.m.
                                      (Recess 12:35 p.m. –1:44 p.m.)