UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
v.
JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.          CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 9D,10D, 23C, 53A, 53B, 7Y, 7Z, 1LL, 1KK, 35F, 1H, 1I, 1H(1), 1I(1), 1W, 1X, 1X(2), 35C

**Government's Witnesses:** Kyle Marcotte, Kelley Grayson, Carey Bobbitt, Heather Burch

**Defendant's Exhibits:**
>Durall – 80, 83, 84
>Fletcher – 50, 51B, 49
>J. Porter, Jr. – 48A
>J. Perez – 18

Jury recessed, to report back at 8:45 a.m. on June 8, 2022.

**DATE:** June 7, 2022      **TIME:** 8:59 a.m. – 5:22 p.m.
(Recess 12:36 p.m. –1:47 p.m.)