# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.         CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| Mai Tran | Seth Schwartz (James F. Porter, Jr.) |
| | Albert J. Tasker (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

Jury deliberations resume.

Court provided lunch for the 12 deliberating jurors and the 1 alternate juror who is required to remain in the courthouse until the jury reaches a verdict.

Jury recessed, to report back at 8:45 a.m. on June 27, 2022.

**DATE:** June 24, 2022　　　　　　　　**TIME:** 2:04 p.m. –3:29 p.m.
　　　　　　　　　　　　　　　　　　　　(Recess 2:10 p.m. - 3:18 p.m.)