3:20-cr-86-TJC-JBT

USA v Perez, et al

Jury Note 1

> GX 27 Q:
>
> WHAT DOES CPSI STAND FOR?

I am sorry that I cannot answer your question. You will have to rely on your recollection of the evidence.

Judge Corrigan
6/22/22
2:30 p.m.

3:20-cr-86-TJC-JBT

USA v Perez, et al

Jury Note 2

> COUNTS 2-6:
>   ARE THESE SPECIFIC
> CHARGES FOR SPECIFIC
>     TRANSACTIONS?
>
>   OR SAMPLES PULLED?

Question: Counts 2-6 Are these specific Charges for specific transactions?

Answer: yes

Judge Corrigan
6/23/22
11:47 A.M.

3:20-cr-86-TJC-JBT

USA v Perez, et al

Jury Note 3

As I have previously instructed you, you should follow all of my jury instructions as a whole and not single out or disregard any of the Court's instructions on the law. Having said that, as I have previously instructed you, the elements and definitions applicable to Counts 11 through 23 are found at Jury Instruction No. 16. The jury instruction you referenced on page 25 of the instructions does not pertain to the charges alleged on page 10 of the redacted indictment.



PG 10 INDICTMENT:

"affecting interstate and foreign commerce"

DOES THE AND FOREIGN COMMERCE MEAN INTERNATIONAL OR STATE TO STATE?

JURY INSTRUCTION PG 25 "OR" is used.

Judge Corrigan
6/23/22
1:31 P.M

3:20-cr-86-TJC-JBT

USA v Perez, et al

Jury Note 4

GOOD MORNING!

WE ARE ~20% UNANIMOUS ON ALL COUNTS & DEADLOCKED ON OTHER ~~CHARGES~~ COUNTS. PLEASE ADVISE.

THANKS!

Please clarify what you mean by "approximately 20% unanimous on all counts and deadlocked on other counts." I caution you not to tell me how many jurors have voted one way or the other.

Judge Corrigan
6/27/22
11:10 a.m.

3:20-cr-86-TJC-JBT

USA v Perez, et al

Jury Note 5

(Court Communication)

GOOD MORNING!

(1) WE ARE ~20% UNANIMOUS ON ALL COUNTS & DEADLOCKED ON OTHER ~~CHARGES~~ COUNTS. PLEASE ADVISE.

THANKS!

(3) WE ARE DEADLOCKED ON 54 COUNTS OF THE 68 TOTAL COUNTS.

UNANIMOUS ON 14 ~~COUP~~ COUNTS OF 68 TOTAL COUNTS.

WE ARE DEADLOCKED.

(2)

Please clarify what you mean by "approximately 20% unanimous on all counts and deadlocked on other counts." I caution you not to tell me how many jurors have voted one way or the other.

Judge Corrigan
6/27/22
11:10 a.m.

Please fill out the verdict forms where you have reached a unanimous agreement, leave the verdicts where you have not reached a unanimous verdict blank, and have your foreperson sign and date each verdict form and put them in the envelopes. Then notify the court security officer, who will escort you back to the courtroom.

*Judge Corrigan*
*6/27/22*
*1:35 p.m.*