**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED By U.S. Marshals Service M/FL Asset Forfeiture at 8:19 am, Dec 11, 2024 | 3:20-cr-86(S1)-TJC-SJH |
| DEFENDANT | | TYPE OF PROCESS |
| JORGE PEREZ, et al. | RECEIVED By U.S. Marshals Service S/FL at 5:53 pm, Dec 11, 2024 | Post & Walk |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jorge Perez, Liansy C. Carbonell, and/or Any Occupants
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Anita M. Cream, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please post & walk the Preliminary Order of Forfeiture for Proceeds and Direct and Substitute Assets on the real property located at 96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037.

CATS ID: 20-FBI-004069

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (813) 274-6000
DATE: 12/10/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 18 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk: *Glenda G. Rios* | Date: 12/11/2024 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 12/20/24   Time: 312   [✓] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy
DUSM T. Fitzpatrick

Costs shown on attached USMS Cost Sheet >>

REMARKS